IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

VICTORIA SMITH                                                                                          PLAINTIFF

VS.                                          4:18-CV-00801-BRW

LITTLE ROCK SCHOOL DISTRICT, *et al.*                                                    DEFENDANTS

## ORDER

For the reasons set out below, Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Doc. No. 1) is DENIED, and this case is DISMISSED.[1]

Plaintiff alleges that her daughter has a learning disability and a teacher has repeatedly "bullied" and called her daughter "stupid." Plaintiff also alleges that the school administration and school board have failed to respond to her complaints. Plaintiff asserts that Defendants' actions are "a violation under her [daughter's] disability due process rights."[2]

Assuming there is a liberty interest here, to establish a substantive due process claim, Plaintiff must show that the "government's actions either shock the conscience or offend judicial notions of fairness or human dignity."[3] Although the teacher's alleged behavior and the alleged indifference by the administration and school board would be unprofessional, Defendants' behavior does not shock the conscience; so, it does not support a substantive due process claim.

IT IS SO ORDERED this 5th day of November, 2018.

/s/ Billy Roy Wilson _____
UNITED STATES DISTRICT JUDGE

---

[1] See *Smith v. Boyd*, 945 F.2d 1041 (8th Cir. 1991) (A district court has the authority to dismiss a case *sua sponte* for failure to state a claim).

[2] Doc. No. 2.

[3] *Costello v. Mitchell Public School Dist. 79*, 266 F.3d 916, 921, (8th Cir. 2001) (student who was called "retarded" and "stupid" in front of her classmates by band teacher failed to establish that such conduct was sufficiently shocking to the conscience to state a substantive due process claim); *Doe v. Gooden*, 214 F.3d 952, 955-956 (8th Cir. 2000) (teacher's verbal abuse of students, including allegedly yelling and screaming at them, using foul language, and calling them names, is not actionable since even use of patently offensive language is not a constitutional violation).